# EXHIBIT A

**General Civil and Domestic Relations Case Filing Information Form**

State Court of Fulton County
***EFILED***
File & ServeXpress
Transaction ID: 63567459
Date: Jul 19 2019 12:00AM
LeNora Ponzo, Chief Clerk
Civil Division

☐ Superior or ☒ State Court of __Fulton__ County

| For Clerk Use Only | |
|---|---|
| Date Filed _____ MM-DD-YYYY | Case Number _____ |

**Plaintiff(s)**
Alpharetta Family Skate Center, LLC
Last  First  Middle I.  Suffix  Prefix

Last  First  Middle I.  Suffix  Prefix

Last  First  Middle I.  Suffix  Prefix

Last  First  Middle I.  Suffix  Prefix

**Defendant(s)**
Hartford Steam Boiler Inspection and Insurance Company
Last  First  Middle I.  Suffix  Prefix

Last  First  Middle I.  Suffix  Prefix

Last  First  Middle I.  Suffix  Prefix

Last  First  Middle I.  Suffix  Prefix

Plaintiff's Attorney __James J. Leonard__   Bar Number __446655__   Self-Represented ☐

**Check One Case Type in One Box**

**General Civil Cases**
- ☐ Automobile Tort
- ☐ Civil Appeal
- ☒ Contract
- ☐ Garnishment
- ☐ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☐ Other General Civil

**Domestic Relations Cases**
- ☐ Adoption
- ☐ Dissolution/Divorce/Separate Maintenance
- ☐ Family Violence Petition
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

**Post-Judgment – Check One Case Type**
- ☐ Contempt
  - ☐ Non-payment of child support, medical support, or alimony
- ☐ Modification
- ☐ Other/Administrative

☐ Check if the action is related to another action(s) pending or previously pending in this court involving some or all of the same parties, subject matter, or factual issues. If so, provide a case number for each.

_____ Case Number   _____ Case Number

☐ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in O.C.G.A. § 9-11-7.1.

☐ Is an interpreter needed in this case? If so, provide the language(s) required. _____
Language(s) Required

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

_____

Version 1.1.18

State Court of Fulton County
\*\*\*EFILED\*\*\*
File & ServeXpress
Transaction ID: 63567459
Date: Jul 19 2019 12:00AM
LeNora Ponzo, Chief Clerk
Civil Division

**GEORGIA, FULTON COUNTY**

**STATE COURT OF FULTON COUNTY**
Civil Division

DO NOT WRITE IN THIS SPACE

CIVIL ACTION FILE #: _____

ALPHARETTA FAMILY SKATE CENTER, LLC

Plaintiff's Name, Address, City, State, Zip Code

vs.

HARTFORD STEAM BOILER INSPECTION AND INSURANCE COMPANY

Defendant's Name, Address, City, State, Zip Code

| TYPE OF SUIT | AMOUNT OF SUIT |
|---|---|
| [ ] ACCOUNT | PRINCIPAL $ _____ |
| [x] CONTRACT | |
| [ ] NOTE | INTEREST $ _____ |
| [ ] TORT | |
| [ ] PERSONAL INJURY | ATTY. FEES $ _____ |
| [ ] FOREIGN JUDGMENT | |
| [ ] TROVER | COURT COST $ _____ |
| [ ] SPECIAL LIEN | |
| \*\*\*\*\*\*\*\*\*\*\*\* | |
| [ ] NEW FILING | |
| [ ] RE-FILING: PREVIOUS CASE NO. _____ | |

## SUMMONS

TO THE ABOVE NAMED-DEFENDANT:

You are hereby required to file with the Clerk of said court and to serve a copy on the Plaintiff's Attorney, or on Plaintiff if no Attorney, to-wit:

Name: James J. Leonard, Barnes & Thornburg LLP
Address: 3475 Piedmont Road, N.E., Suite 1700
City, State, Zip Code: Atlanta, Georgia 30305      Phone No.: 404-846-1693

An answer to this complaint, which is herewith served on you, should be filed within thirty (30) days after service, not counting the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint, plus cost of this action. **DEFENSE MAY BE MADE & JURY TRIAL DEMANDED**, via electronic filing through E-file GA or, if desired, at the e-filing public access terminal in the Self-Help Center at 185 Central Ave., S.W., Ground Floor, Room TG300, Atlanta, GA 30303.

LeNora Ponzo, Interim Chief Clerk (electronic signature)

If the sum claimed in the suit, or value of the property sued for, is $300.00 or more Principal, the defendant must admit or deny the paragraphs of plaintiff's petition by making written Answer. Such paragraphs undenied will be taken as true. If the plaintiff's petition is sworn to, or if suit is based on an unconditional contract in writing, then the defendant's answer must be sworn to.

If the principal sum claimed in the suit, or value of the property sued for, is less than $300.00, and is on a note, unconditional contract, account sworn to, or the petition sworn to, defense must be made by filing a sworn answer setting up the facts relied on as a defense.

**SERVICE INFORMATION:**
Served, this _____ day of _____, 20_____.
_____
DEPUTY MARSHAL, STATE COURT OF FULTON COUNTY

**WRITE VERDICT HERE:**
We, the jury, find for _____

This _____ day of _____, 20_____.   _____ Foreperson

**(STAPLE TO FRONT OF COMPLAINT)**

State Court of Fulton County
\*\*\*EFILED\*\*\*
File & ServeXpress
Transaction ID: 63567459
Date: Jul 19 2019 12:00AM
LeNora Ponzo, Chief Clerk
Civil Division

IN THE STATE COURT OF FULTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| ALPHARETTA FAMILY SKATE CENTER, LLC<br><br>Plaintiff,<br><br>v.<br><br>HARTFORD STEAM BOILER INSPECTION AND INSURANCE COMPANY,<br><br>Defendant. | Civil Action File No.:<br><br>_____<br><br>**JURY TRIAL DEMANDED** |

## COMPLAINT

COMES NOW Alpharetta Family Skate Center, LLC ("The Cooler" or "Plaintiff"), by and through its attorneys, complaining of Hartford Steam Boiler Inspection and Insurance Company ("HSB," "Munich Re," or "Defendant"), and in support thereof would show the Court as follows:

### PARTIES, JURISDICTION AND VENUE

1.

Alpharetta Family Skate Center, LLC is a Georgia limited liability company with its principal place of business in Alpharetta, Georgia.

2.

Hartford Steam Boiler Inspection and Insurance Company is an insurance company admitted in the State of Georgia to issue insurance policies like the one issued to Plaintiff. Defendant can be served through its Registered Agent, Jacqueline H. Jones, 200 Ashford Center North, Suite 200, Atlanta, DeKalb County, Georgia 30338.

1

DMS 14805923.1

3.

Jurisdiction and venue over this action are proper in this Court because the policy was issued and delivered to The Cooler in this County, the property at issue is situated in this County, and the losses sustained and acts complained of occurred in this County.

4.

The actions of the Defendant complained of herein occurred in this County and the Plaintiff has incurred harm and damage in this County. Defendant is an admitted foreign insurance carrier in the State of Georgia who delivered the subject insurance policy to the insured in this County. Defendant transacted substantial business in this County and in Georgia. Thus, this Court has personal jurisdiction over the Defendant.

## FACTUAL BACKGROUND

5.

This action arises out of Defendant's failure to pay Plaintiff's insured property damage loss at its family ice skating center in Alpharetta, Fulton County, Georgia, and commonly known as "The Cooler." Defendant issued a "HSB TechAdvantage™" property policy (the "Policy") to Plaintiff which covered certain property damage to the subject facility as set forth in its terms and conditions. Despite notice, investigation, submission of additional requested information to the carrier, and full cooperation by the insured, Defendant has refused to pay the subject loss thereby breaching its insurance Policy.

6.

The Policy provided, among other things, that Munich Re would pay for equipment breakdown and physical damage to the property caused by an "accident" not to exceed the applicable Limit of Insurance. On or about July 21, 2017, The Cooler gave notice to Munich Re

of a property loss that occurred at the covered premises arising from an apparent glycol leak in the heating system for the Red Rink at the facility.

7.

As a result of that accident, the ground beneath the ice rink became permafrosted, resulting in significant heaving and shifting which caused additional ensuing loss and damage to the heating system pipes and to the ice rink itself. The ice rink has experienced significant heaving and separation around the rink causing a potentially hazardous situation for The Cooler's patrons.

8.

On or about April 18, 2018, Munich Re's general adjuster Steve Smith sent a letter to The Cooler denying all coverage for the subject loss. Munich Re asserted defenses and exclusions which are inapplicable to the instant loss and claim. Despite having acknowledged that: "there is no known cause or location for the suspected leak," and without conducting a proper investigation, Munich Re nonetheless denied all coverage for the loss without substantial justification and in bad faith.

9.

As a result of the covered loss, The Cooler has sustained substantial damages which will continue into the future until the property is repaired.

10.

All of the documentation requested by Munich Re has been provided by The Cooler. Munich Re did not request any further documentation or information from The Cooler to complete its coverage evaluation and ultimate denial.

11.

As early as April 2018, The Cooler made demand for payment upon Munich Re, triggering the provisions of O.C.G.A. § 33-4-6.

12.

On June 17, 2019, undersigned counsel for The Cooler once again wrote to Munich Re demanding acceptance of the loss. As of the filing of this Complaint, Munich Re has failed and refused to pay The Cooler for this loss.

13.

Munich Re's denial of coverage and failure to pay any of The Cooler's losses constitutes breach of the insurance contract. Coverage for this loss falls within the terms and conditions of the Policy.

14.

Munich Re's stated reasons for denial of coverage in its April 18, 2018 correspondence are without factual and legal support and are made without substantial justification and in bad faith.

## COUNT I

## BREACH OF CONTRACT

15.

The Cooler incorporates herein Paragraphs 1 through 14 as if fully set forth herein.

16.

Munich Re had an obligation to pay for the entirety of The Cooler's subject property loss as set forth herein, but has failed and refused to do so despite multiple demands therefor.

17.

The claim for damages fell within the coverage grant provided under the Policy, and was not otherwise excluded.

18.

As a direct and proximate result of Munich Re's breach of contract, The Cooler has sustained direct and consequential damages in an amount to be proven at trial herein. All of The Cooler's damages are a direct and proximate result of Munich Re's breach of the insurance contract.

## COUNT II

### INSURANCE BAD FAITH PURSUANT TO O.C.G.A. § 33-4-6

19.

The Cooler incorporates herein Paragraphs 1 through 18 as if fully set forth herein.

20.

On or about April 18, 2018, Munich Re denied all coverage for the subject loss without substantial justification and in bad faith.

21.

As early as April 2018, The Cooler made formal demand for payment upon Munich Re to pay for the covered losses incurred at the subject property in accordance with O.C.G.A. § 33-4-6.

22.

As a result of Munich Re's bad faith denial of coverage, The Cooler is entitled to an additional fifty percent (50%) penalty of the unpaid loss as well as its attorneys' fees and costs incurred in the instant action.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays for judgment herein against Munich Re for its direct, consequential and all other damages resulting from Munich Re's breach of the Policy. Additionally, Plaintiff prays for judgment for an additional fifty percent (50%) penalty and its attorneys' fees pursuant to O.C.G.A. § 33-4-6, as well as pre-judgment and post-judgment interest as allowed by law, and for such other and further relief to which it is justly entitled.

**Plaintiff demands a jury trial.**

Respectfully submitted this 19th day of July, 2019

/s/ *James J. Leonard*
James J. Leonard
Georgia Bar No. 446655
Abby Vineyard
Georgia Bar No. 570288
BARNES & THORNBURG LLP
3475 Piedmont Road, Suite 1700
Atlanta, Georgia 30305
Telephone (404) 846-1693
Facsimile (404) 264-4033
Email: jim.leonard@btlaw.com
Email: abby.vineyard@btlaw.com

*Attorneys for Plaintiff Alpharetta Family Skate Center, LLC*

| | |
|---|---|
| **From:** | Moore, DeAndre <DeAndre.Moore@fultoncountyga.gov> |
| **Sent:** | Friday, July 19, 2019 4:52 PM |
| **To:** | Mitchum, Lisa |
| **Subject:** | [EXTERNAL]Fulton County State Court Initial Filing- 4329718 |
| **Importance:** | High |

**State Court of Fulton County**
**\*\*\*EFILED\*\*\***
**File & ServeXpress**
Transaction ID: 63567459
Date: Jul 19 2019 12:00AM
LeNora Ponzo, Chief Clerk
Civil Division

Good Afternoon,

Effective June 3, 2019, all case initiations in Fulton County State Court must be electronically filed via File & Serve Xpress (FSX). As a result, your filing has been conditionally accepted as of the date notice. Your original filing date is protected, provided that you electronically file the document through FSX no later than 5 business days from the date of this notice. Please attach this notice to your filing with FSX to protect the original file date, without requiring any additional court action.

Please visit https://www.fileandservexpress.com/fulton/ for registration and filing.

Envelope Number: #4329718- Alpharetta Family Skate vs Hartford Steam



**DeAndre C. Moore | Chief Deputy Clerk**
State Court of Fulton County
185 Central Avenue, Suite TG-400 | Atlanta, GA | 30303
Direct: (404) 613-4329| Facsimile: (404) 612-3775
deandre.moore@fultoncountyga.gov

**AFFIDAVIT OF SERVICE**

State Court of Fulton County
***EFILED***
File & ServeXpress
Transaction ID: 63632716
Case Number: 19EV003783
Date: Jul 26 2019 03:39PM
LeNora Ponzo, Chief Clerk
Civil Division

| Case: | Court: Fulton County State Court | County: Fulton, GA | Job: 3587052 (55863.1) |
|---|---|---|---|
| Plaintiff / Petitioner: Alpharetta Family Skate Center, LLC | | Defendant / Respondent: Hartford Steam Boiler Inspection And Insurance Company | |
| Received by: Atlanta Attorney Services | | For: Barnes & Thornburgh | |
| To be served upon: Hartford Steam Boiler Inspection And Insurance Company c/o Jacqueline H. Jones - registered agent | | | |

I, Kevin J. Mitchell, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Hartford Steam Boiler Inspection And Insurance Company c/o Jacqueline H. Jones - registered agent, by serving Laura Williams -Assistant Vice President of Finance, at 200 Ashford Center North Suite 200, Atlanta, GA 30338

**Manner of Service:** Registered Agent, Jul 23, 2019, 2:06 pm EDT

**Documents:** Summons, Complaint, and General Civil and Domestic Relations Case Filing Information Form (Received Jul 23, 2019 at 10:08am EDT)

**Additional Comments:**
1) Successful Attempt: Jul 23, 2019, 2:06 pm EDT at 200 Ashford Center North Suite 200, Atlanta, GA 30338 received by Hartford Steam Boiler Inspection And Insurance Company c/o Jacqueline H. Jones - registered agent, by serving Laura Williams -Assistant Vice President of Finance; Age: 45; Ethnicity: Caucasian; Gender: Female; Weight: 180; Height: 5'7"; Hair: Blond; Eyes: Blue; Other: Laura Williams -Assistant Vice President of Finance accepted service.

_____   7-25-19
Kevin J. Mitchell                Date
CPS 102

Atlanta Attorney Services
1810 Water Place SE, Suite 110
Atlanta, GA 30339-2280
678-556-0325

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public

7/25/19
Date

[Notary Seal: Douglas E. Dreeman, Cobb County, GA, Commission Expires June 21 2022]